UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire (RN-5209)
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on November 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Atiyya S. Johnson

Case No.: **20-13133**

Adv. No.:

Hearing Date: 11/24/2020

Judge:    JNP

# ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through TWO (2)   is hereby **ORDERED**

**DATED: November 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE TWO)
DEBTOR: ATIYYA S. JOHNSON
CASE NUMBER: 20-13133/JNP

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**

_____

Upon the motion of Ronald E. Norman, Esquire, attorney for Debtor, Atiyya S. Johnson, for suspension of trustee payments until December 01, 2020 until further ordered by this court hereinafter set forth, and for good cause shown, it is

ORDERED that the Trustee payments of Atiyya S. Johnson are hereby suspended for a period of five (5) months from August 01, 2020 up to and including December 01, 2020, with payments for the remaining Fifty – Three (53) months commencing January 01, 2021.

Debtor shall continue plan payments at $2,052 PTD, then 782 x 50 to start January 1, 2021.