UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire (RN-5209)
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on November 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Atiyya S. Johnson

Case No.: **20-13133**

Adv. No.:

Hearing Date: 11/24/2020

Judge:    JNP

## ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

    The relief set forth on the following pages, numbered two (2) through <u>TWO (2)</u> is hereby **ORDERED**

**DATED: November 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE TWO)
DEBTOR: ATIYYA S. JOHNSON
CASE NUMBER: 20-13133/JNP

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**

_____

      Upon the motion of Ronald E. Norman, Esquire, attorney for Debtor, Atiyya S. Johnson, for suspension of trustee payments until December 01, 2020 until further ordered by this court hereinafter set forth, and for good cause shown, it is

      ORDERED that the Trustee payments of Atiyya S. Johnson are hereby suspended for a period of five (5) months from August 01, 2020 up to and including December 01, 2020, with payments for the remaining Fifty – Three (53) months commencing January 01, 2021.

Debtor shall continue plan payments at $2,052 PTD, then 782 x 50 to start January 1, 2021.

United States Bankruptcy Court

District of New Jersey

In re:  
Atiyya S. Johnson  
    Debtor(s)

Case No. 20-13133-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1  
Date Rcvd: Nov 24, 2020      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Atiyya S. Johnson, 13 Candlestick Ln, Sicklerville, NJ 08081-5694 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Ronald E. Norman | on behalf of Debtor Atiyya S. Johnson rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4