UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

Order Filed on December 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Atiyya S. Johnson,

Debtors.

Case No.: 20-13133 JNP

Adv. No.:

Hearing Date: 12/15/2020 @ 11:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 9, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Atiyya S. Johnson
Case No:  20-13133 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 13 Candlestick Lane, Sickerville, NJ 08081-5694, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Ronald E. Norman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 30, 2020, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2020 through November 2020 for a total post-petition default of $11,250.00 (1 AO @ $7,500.00, 3 @ $1,250.00); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $11,250.00 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that rental payments are to resume December 1, 2020, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly rental payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

Kennia Nunez
206 Doughty Road
Pleasantville, NJ 08232

Norberto Nunez
206 Doughty Road
Pleasantville, NJ 08232

Francis Cullari, Esq.
Law Offices of Francis P. Cullari
1200 Mill Road
Suite A
Northfield, NJ 08225

Isabel Balboa, Chapter 13 Trustee
Cherry Hill Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08022