Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–13133–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiyya S. Johnson
   aka Atiyya Johnson, aka Atiyya Morgan
   13 Candlestick Ln
   Sicklerville, NJ 08081–5694

Social Security No.:
   xxx–xx–7685

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          April 13, 2021
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*53* – Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 13 Candlestick Lane, Sickerville, NJ 08081–5694. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 42 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 48 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/22/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Ronald E. Norman on behalf of Atiyya S. Johnson. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: March 19, 2021
JAN: eag

                              Jeanne Naughton
                              Clerk