Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  20−13133−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiyya S. Johnson
   aka Atiyya Johnson, aka Atiyya Morgan
   13 Candlestick Ln
   Sicklerville, NJ 08081−5694

Social Security No.:
   xxx−xx−7685

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/18/21 at 10:00 AM

to consider and act upon the following:

*60* − Certification in Opposition to (related document:59 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/19/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Ronald E. Norman on behalf of Atiyya S. Johnson. (Norman, Ronald)

Dated: 5/19/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court