UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

| | |
|---|---|
| In Re:<br><br>Atiyya S Johnson | Case No.:   20-13133<br><br>Judge:   __JNP____<br><br>Chapter:   13 |

### CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐  Motion for Relief from the Automatic Stay filed by ,, creditor,

    A hearing has been scheduled for _____, at _ ___.

    ☐  Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒  Certification of Default filed by __MIDFIRST BANK___,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

As stated before, my husband and I were injured in a motor vehicle accident when a bullet entered into our vehicle and struck my husband in the chest causing our vehicle to strike a guard rail. As a result, we both were unable to work due to our injuries. Afterwards bad luck struck again and I contracted Covid 19 with Kidney complications. I spent 5 weeks in the hospital. I would like the opportunity to try to resolve this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _6/19/21                                                    _/s/ Atiyya S Johnson_
                                                                    Debtor=s Signature

Date: __                                                           _/s/ _____
                                                                    Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*