Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  20–13133–JNP
    Chapter:  13
    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Atiyya S. Johnson
  aka Atiyya Johnson, aka Atiyya Morgan
  13 Candlestick Ln
  Sicklerville, NJ 08081–5694

Social Security No.:
  xxx–xx–7685

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 22, 2021</u>         <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court